IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| CAPITAL CONCEPTS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ARCH INSURANCE COMPANY,<br><br>    Defendant. | **STIPULATION OF DISMISSAL**<br><br>No. 5:18-cv-00104 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Capital Concepts, LLC ("Plaintiff") and Defendant Arch Insurance Company ("Defendant") stipulate and agree to dismiss all claims that were brought by Plaintiff in this matter. Plaintiff's claims relating to Defendant's conduct occurring before the date of this dismissal, including but not limited to any and all claims for a monetary award, are dismissed with prejudice. All other claims are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

This 4th day of February, 2019.

| | |
|---|---|
| */s/Michael P. Thomas* | */s/ James M. Dedman, IV* |
| Michael P. Thomas (N.C. Bar No. 1231) | James M. Dedman, IV (N.C. Bar No. 37415) |
| PATRICK, HARPER & DIXON, LLP | GALLIVAN, WHITE, & BOYD, P.A. |
| Post Office Box 218 | 6805 Morrison Boulevard, Suite 200 |
| Hickory, NC 28603 | Charlotte, NC 28211 |
| (828) 322-7741 | (704) 227-1944 |
| (828) 322-9340 | (704) 362-4850 FAX |
| mthomas@phd-law.com | jdedman@gwblawfirm.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |